**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                              Chapter 7 No. GL-16-04454
Troy Clifford Winslow
                        Debtor.                          Hon. John T. Gregg
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Ocwen Loan Servicing, LLC, by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 5651 W Columbia Rd, Mason, MI 48854-9736; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 5651 W Columbia Rd, Mason, MI 48854-9736 to allow Creditor to commence or continue its federal and/or state law rights to the property.   This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).

**END OF ORDER**

**Signed: October 26, 2016**





John T. Gregg
United States Bankruptcy Judge